No. 88–790. TURNOCK, DIRECTOR OF THE ILLINOIS DEPARTMENT OF PUBLIC HEALTH, ET AL. *v.* RAGSDALE ET AL. C. A. 7th Cir. [Probable jurisdiction postponed, 492 U. S. 916.] Appeal dismissed under this Court's Rule 46.

No. 90–7699. MINNIEFIELD *v.* PERKINS. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hudson* v. *McMillian, ante,* p. 1.

No. —— ——. VAN WOUNDENBERG *v.* OKLAHOMA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. D–1060. IN RE DISBARMENT OF BLUMENFELD. Disbarment entered. [For earlier order herein, see 502 U. S. 1010.]

No. D–1061. IN RE DISBARMENT OF WALDRON. Disbarment entered. [For earlier order herein, see 502 U. S. 1010.]

No. D–1064. IN RE DISBARMENT OF SOLOMON. Disbarment entered. [For earlier order herein, see 502 U. S. 1011.]

No. D–1067. IN RE DISBARMENT OF CARDIN. Disbarment entered. [For earlier order herein, see 502 U. S. 1026.]

No. D–1091. IN RE DISBARMENT OF CRABTREE. It is ordered that Granville H. Crabtree, Jr., of Sarasota, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1092. IN RE DISBARMENT OF DEVINE. It is ordered that Stephen John Devine, of Norristown, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1093. IN RE DISBARMENT OF ROBBINS. It is ordered that Alan E. Robbins, of Van Nuys, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable